WR-83,058-01

No: _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 11 2015

Abel Acosta, Clerk

In the Court of Criminal Appeals
Austin, Texas

Frank Zuniga
V.
The State of Texas

From Appeal No. WR-83,058-01
Trial Cause No. 1309014-A
Harris County

Motion for Petition for Discretionary Review

To the Court of Criminal Appeals of Texas,
Comes Now Frank Zuniga #1759060, Petitioner,
files this Motion for Petition for Discretionary Review
with in the 15 Day time period following the day
of refusal was issued, to the Texas Court of Criminal Appeals.

I

Wherefore, the petitioner asks for this review, to
show that the paper work, court documents, the
"Judicial Confession" and the indictments that
were admitted as exhibits, state different descriptions.
Both have different years, different indivinals involved.

## II

Both indictments admitted as exhibits are different and are switched. The indictments admitted as exhibits both have the same cause #.

## III

In cases - Reid v. State, 1978 Tex Crin. App. 560 Sw2d 99

L.T. Thornton, Jr v. State, 601 Sw2d 340 Tex. Crim. App 1980, the admissions of the appellant in "his" "Judicial Confession", will not support a conviction based upon the offense charged in the indictment. The Judicial confession in above Motion is to the other indictment, both indictments have the same number, Cause #.

## IV

Petitioner was denied due Process, and Ineffective Assistance of Counsel, which caused petitioner to Sign a plea deal. Petitioner was pressured into signing for 12yrs, by the state prosecutor and his Counsel, by using a scare tactic of 20 to 99yrs, that a motion was submitted by the state and signed by the judge to incarcerated petitioner.

## V

If petitioners attorney had represented him and cared for his benefit, then the plea papers would show No Error.

However it is clearly shown the Methods the state used to convict the petitioner.

## VI

Therefore petitioner prays this court grant this Motion for Pre-Discretionary Review in Case No 1309014-A, Appeal No: WR-83,058-01.

Frank Zuniga #1759060
Petitioner

## Unsworn Declaration

My Name is Frank Zuniga, My date of birth is 10-8-1978, and My inmate Number is, 1759060. I am currently incarcerated in, TDCJ, Beto Unit, in Tennessee Colony, Anderson County, Texas 75880. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 6th day of May, 2015.